RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 10/16/12

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| BARTHOLOMEW OKAFOR | * | CIVIL ACTION NO. 12-0467 |
|---|---|---|
| VERSUS | * | JUDGE JAMES T. TRIMBLE, JR. |
| JOHN SMITH, WARDEN, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that the motion to dismiss [doc. # 13] filed on behalf of respondents is **GRANTED**, and that the Petition for Writ of *Habeas Corpus* is hereby **DISMISSED**, without prejudice, for lack of subject matter jurisdiction. Fed.R.Civ.P. 12(b)(1).

IT IS FURTHER ORDERED that the motion for summary judgment [doc. # 11] filed by petitioner is DENIED, as moot, and that the associated request for attorney's fees is likewise DENIED.

THUS DONE AND SIGNED this 16th day of October 2012, Alexandria, Louisiana.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE